## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DEVERICK SCOTT,                                                                                          PLAINTIFF
ADC #131042

v.                                          4:20CV00315-SWW-JTK

DEXTER PAYNE, et al.                                                                                DEFENDANTS

### JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 14th day of May, 2020.

Susan Webber Wright
UNITED STATES DISTRICT JUDGE